# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AIMEE MARIE VESELY | : | Case No.: 15-14489-ref |
| Debtor | : | |

## CERTIFICATE OF SERVICE

    I, Zachary Zawarski, Esquire, Attorney for Debtor, hereby certify that a true and correct copy of Debtor's Original Chapter 13 Plan was mailed on this 25th day of June, 2015, via U.S. First-Class Mail, postage prepaid, to the following secured and priority creditors:

America's Servicing Company
P.O. Box 10335
Des Moines, IA 50306

Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
*Attorney for America's Servicing Company C/O U.S. Bank, N.A.*

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  June 25, 2015            By:    */s/ Zachary Zawarski*
                                                   ZACHARY ZAWARSKI, ESQUIRE
                                                   1441 Linden Street
                                                   Bethlehem, PA 18018
                                                   Phone: (610) 417-6345
                                                   Fax: (610) 974-9749
                                                   zzawarski@zawarskilaw.com
                                                   Attorney ID No. 308348
                                                   Attorney for Debtor